FILED

**NOT FOR PUBLICATION**

JUN 24 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT DALE ALEXANDER, | No. 15-35181 |
| Plaintiff - Appellant, | D.C. No. 2:13-cv-01176-PK |
| v. | |
| MAX WILLIAMS; et al., | MEMORANDUM* |
| Defendants - Appellees, | |
| And | |
| FRANKE, | |
| Defendant. | |

Appeal from the United States District Court
for the District of Oregon
Michael H. Simon, District Judge, Presiding

Submitted June 14, 2016**

Before:    BEA, WATFORD, and FRIEDLAND, Circuit Judges.

Oregon state prisoner Robert Dale Alexander appeals pro se from the district

---

\*    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

court's summary judgment in his 42 U.S.C. § 1983 action alleging that defendants were deliberately indifferent to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004), and we affirm.

The district court properly granted summary judgment for defendant Gruenwald because Alexander failed to raise a genuine dispute of material fact as to whether Gruenwald was deliberately indifferent to his colitis and proctitis. *See id.* at 1058, 1060 (deliberate indifference is a high legal standard; medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference.)

We reject as without merit Alexander's contention that the district court failed to consider his evidence.

**AFFIRMED.**

15-35181